IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JACOB PEAK,<br><br>               Plaintiff,<br><br>vs.<br><br>DENNIS DILLABOUGH, TRANS-PORTE, INC. *d/b/a US Foods, Inc.*, and CORPORATIONS VI-X,<br><br>               Defendants. | CV 25-202-M-WWM<br><br>ORDER |

Before the Court is Defendants' motion for the admission of Ryan Nilsen, *pro hac vice*, in the above-captioned matter. (Doc. 18). It appears that Brad Condra will serve as local counsel in this matter. Mr. Nilsen's application complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. D. Mont. L.R. Civ. 83.1(d). Accordingly,

**IT IS HEREBY ORDERED** that Defendants' motion to allow Ryan Nilsen to appear before this Court (Doc. 18) is GRANTED, on the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(7), including, but not limited to, (a) attendance at depositions and court proceedings, (b) preparation and review of briefs, discovery requests, and discovery responses, and (c) all other activities to the extent necessary for local counsel to be prepared to go forward with the case at all times.

2. Mr. Nilsen must do his own work. This means that he must (a) do his own writing; (b) sign his own pleadings, motions, and briefs; and (c) appear and participate personally.

3. Admission is personal to Mr. Nilsen and does not extend to Lewis Brisbois Bisgaard & Smith LLP.

4. Mr. Nilsen shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

5. Local counsel will provide a copy of this Order to Mr. Nilsen.

**IT IS FURTHER ORDERED** that this Order is subject to withdrawal unless Mr. Nilsen files a separate pleading acknowledging his admission under the terms set forth above within fifteen days of this Order.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 24th day of February, 2026.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE